**No. 49794.**—Protests 4095–K, etc., of Aris Gloves, Inc. (New York).

Opinion by WALKER, J. It was stipulated that certain of the gloves are the same in all material respects as those the subject of *United States* v. *Aris Gloves, Inc.* (31 C. C. P. A. 169, C. A. D. 268). In accordance therewith the claim for duty at $5 per dozen pairs plus $1 per dozen pairs under paragraph 1532 (a) and the Czechoslovakian Trade Agreement (T. D. 49458), was sustained as to certain of the items, and the claim made by amendment of protests for duty at $5.50 per dozen pairs under paragraph 1532 (a) was sustained as to certain of the other items.

BEFORE THE SECOND DIVISION, NOVEMBER 10, 1944

**No. 49795.**—Protest 52288–K/90122 of Stern, McGivney & Co. (Chicago).

Opinion by TILSON, J. In accordance with agreement of counsel and *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), certain hats of hemp, not blocked or trimmed, and not bleached, dyed, colored, or stained were held dutiable at 25 percent as claimed.

**No. 49796.**—Protests 912113–G, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of hats of manila hemp, similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), and other items consist of knotted hemp hats, similar to those involved in Abstract 46497, while others are hats or hoods of ramie and cellophane, similar to those involved in Abstract 47291. In accordance therewith the court sustained the claim at only 25 percent under paragraph 1504 (b) (1) as to these items.

**No. 49797.**—Protests 629764–G, etc., of Harry Solodow et al. (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of hats known as harvest hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) and that they are valued at less than $3 per dozen. In accordance therewith the protests were sustained as to these items.